# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142670-1(75)(77)

ATTORNEY GENERAL,
   Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
   Defendant-Appellee.

SC: 142670
COA: 290167
Ingham CC: 08-000917-CZ

_____

ATTORNEY GENERAL,
   Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
   Defendant-Appellee,
and

SC: 142671
COA: 295750
Ingham CC: 08-000952-CZ

OFFICE OF FINANCIAL AND INSURANCE
REGULATION and COMMISSIONER OF THE
OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
   Respondents.

_____

   On order of the Chief Justice, the motions by the Coalition for a Fair &
Competitive Insurance Market for leave to file a brief *amicus curiae* and for leave to
participate in oral argument are considered together with the response thereto by
defendant-appellee. The motion to file a brief *amicus curiae* is granted. It appearing that
the Attorney General is prepared to cede a portion of his time for argument, the motion is
granted to the extent that *amicus* Coalition may present oral argument limited to five
minutes of the time allotted to the Attorney General.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2012

Clerk